UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA LUCE, | Civil No. C08-5421RBL-JKA |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER FOR REMAND |
| Defendant | |

Based upon Defendant's Motion for Remand pursuant to sentence six of 42 U.S.C. § 405(g), it is

ORDERED that this action is remanded to the Commissioner for further administrative proceedings, specifically, upon receipt of this Order, the Appeals Council will continue to search for the missing recording of the administrative hearing held on January 15, 2008. If the

Page 1      ORDER- [C08-5421RBL-JKA]

recording cannot be located in a reasonable period of time, the Appeals Council will remand the case for a de novo hearing.

DATED this 15th day of September, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay_____
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2113
Fax: 206-615-2531
daphne.banay@ssa.gov