United States District Judge RONALD B. LEIGHTON
United States Magistrate Judge J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DANA LUCE,

    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,

CIVIL NO. C08-5421RBL-JKA

ORDER VACATING ORDER TO REMAND

This matter having come on regularly before the undersigned upon Plaintiff's Motion to Vacate this Court's previous Order to Remand dated September 15, 2008, the Court having considered Plaintiff's Motion and the Declaration of Elie Halpern, Defendant not opposing said motion, good cause having been shown, now therefore it is hereby

ORDERED that this Court's previous Order remanding this case under Sentence 6 dated September 15, 2008, hereby is vacated, permitting Plaintiff to respond to Defendant's Motion to Remand.

DONE in open Court this 1st day of October, 2008.

_____

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER VACATING ORDER TO REMAND
[C08-5421RBL-JKA] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDDGE

Presented by:

/s/ Elie Halpern
Attorney for Plaintiff
Halpern & Oliver, PLLC
1800 Cooper Pt. Rd. SW, Bldg. 19
Olympia, WA 98502
Phone: 360 753 8055
Fax: 260 753 8584
elie@ssavalaw.com

ORDER VACATING ORDER TO REMAND
[C08-5421RBL-JKA] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055