UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA LUCE, | Civil No. 3:08-CV-5421-RBL |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | PROPOSED ORDER TO REOPEN |
| Defendant | |

It is hereby ORDERED that *Luce v. Astrue*, Civil Action 08-5421-RBL-JKA, shall be reopened and reinstated to the Court's docket for further proceedings.   The Clerk of the Court shall take the appropriate action to reopen and reinstate the case.  Defendant shall file an answer and the administrative record with the Court within 30 days from the entry of this Order.    .

DATED this 2nd day of February, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

1  Presented by:

2  s/ Daphne Banay
3  Daphne Banay
   Special Assistant U.S. Attorney
4  Attorney for Defendant
   701 Fifth Ave, Ste 2900, M/S 901
5  Phone:  206-615-2113
6  Fax:      206-615-2531
   daphne.banay@ssa.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2      ORDER - [3:08-CV-5421-RBL]