UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA LUCE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>  Defendant | Civil No. 3:08-CV-5421-RBL-JRC<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

Based upon the agreed motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- the Defendant shall have up to and including May 20, 2009, to file Defendant's response to Plaintiff's Opening Brief; and

///

///

Page 1         ORDER - 3:08-CV-5421-RBL-JRC

• Plaintiff shall have to and including June 3, 2009, to file a Reply Brief.

DATED this 24th day of April 2009.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-2113
Fax: 206-615-2531
daphne.banay@ssa.gov

Page 2      ORDER - 3:08-CV-5421-RBL-JRC