1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11  DANA LUCE,                                    CASE NO.  C08-5421RBL

12                   Plaintiff,                    ORDER

13           v.

14  MICHAEL ASTRUE, Commissioner of
    Social Security,

15

16                   Defendant.

17

18          After reviewing the agreed motion to remand the matter to the administration (Doc. 31),

19  it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for a de

20  novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

21          Accordingly, the matter is remanded for further administrative proceedings, including,

22  but not limited to, the following actions: the administrative law judge (ALJ) will further evaluate

23  the opinions of Dr. Wigutoff (Tr. 125-130), Dr. Essink (Tr. 142-148), Dr. Bryan (Tr. 195-204),

24  Dr. Hansen (Tr. 212-215), Dr. Brown (Tr. 344-348), and Dr. Colistro (Tr. 350-353); the ALJ will

25  evaluate Dr. Litman's opinions (Tr. 750-765, 766-768); the ALJ will reevaluate Plaintiff's

26  subjective complaints; the ALJ will reevaluate Theresa Luce's lay witness statements (Tr. 70-78,

322-333, 586); the ALJ will reevaluate the Department of Veterans Affairs' (VA's) rating of disability and unemployability (Tr. 137-141); the ALJ will reassess Plaintiff's residual functional capacity; if necessary, the ALJ will further evaluate the materiality of any drug addiction and/or alcoholism with the assistance of additional medical expert testimony; and the ALJ will obtain supplemental vocational expert testimony to assist the ALJ in determining Plaintiff's ability to perform work at step four and, if necessary, at step five of the sequential evaluation process.

DATED this 20th day of May, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry
This 18th day of May, 2009.

/s/_____
J. Richard Creatura
United States Magistrate Judge