08-CV-05421-ORD

FILED _____ LODGED
_____ RECEIVED

JUL 22 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DANA LUCE, )
)  CIVIL NO. C08-5421RBL-JKA
            Plaintiff, )
) ORDER FOR EAJA FEES, COSTS AND
vs. ) EXPENSES
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
)

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,243.30, payable to Plaintiff's attorney Victoria Chhagan; and it is further

ORDERED that Plaintiff is hereby awarded EAJA fees of $2,242.97 and expenses of $70.26 pursuant to 28 U.S.C. §2412 and costs of $29.74 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5421RBL-JKA] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

| | |
|---|---|
| 1 | DATED this 22nd day of July, 2009. |
| 2 | |
| | *(signature)* |
| | RONALD B LEIGHTON |
| 3 | United States District Judge |
| 4 | Presented by: |
| 5 | |
| | S/ELIE HALPERN |
| 6 | ELIE HALPERN, WSBA #1519 |
| | Attorney for Plaintiff |

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5421RBL-JKA] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055