# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANA LUCE

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5421RBL-JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. that Plaintiff is hereby awarded EAJA fees of $3,243.30, payable to Plaintiff's attorney Victoria Chhagan; and

2. that Plaintiff is hereby awarded EAJA fees of $2,242.97 and expenses of $70.26 pursuant to 28 U.S.C. §2412 and costs of $29.74 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

July 22, 2009

BRUCE RIFKIN
Clerk

*/s/ Jennie L. Patton*
Deputy Clerk